**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JELD-WEN, INC., f/k/a Grossman's Inc., | : | |
| Appellant, | : | Case No. 1:08-cv-00427-UNA |
| v. | : | |
| MARY VAN BRUNT and GORDAN VAN BRUNT, | : | |
| Appellees. | : | |
| IN RE: | : | Chapter 11 |
| | : | Case No. 97-00695 (PJW) |
| GROSSMAN'S INC., et al., | : | Case No. 97-00696 (PJW) |
| | : | Case No. 97-00697 (PJW) |
| Debtors. | : | |
| | : | Adv. Pro. No. 07-51602 |

**APPELLEES' STATEMENT PURSUANT TO LOCAL RULE 7.1.1
WITH RESPECT TO THE JOINT MOTION FOR RELIEF FROM REQUIREMENTS
OF DISTRICT COURT STANDING ORDER DATED JULY 23, 2004, REQUIRING
MANDATORY PARTICIPATION IN MEDIATION PROCEEDINGS ON APPEAL**

The Appellees, Mary Van Brunt and Gordan Van Brunt, in the above-captioned appeal before this Court, by and through their undersigned attorney and pursuant to D. Del. LR 7.1.1, respectfully state that the Appellees have made a reasonable effort to reach agreement with the other parties with respect to the Motion for Relief from Requirements of District Court Standing Order Dated July 23, 2004, Requiring Mandatory Participation in Mediation Proceedings on Appeal (the "Motion") filed in the above-captioned appeal (the "Appeal") substantially contemporaneously herewith.

Counsel for Appellant, JELD-WEN, Inc., f/k/a Grossman's Inc., (the "Appellant") in the Appeal has advised undersigned counsel for the Appellees that such parties are in agreement

with the relief requested in the Motion, and, therefore, counsel for Appellant filed the Motion jointly with Appellees.

Dated: July 30, 2008                           */s/Daniel K. Hogan*
                                            Daniel K. Hogan (DE Bar No. 2814)
                                            **THE HOGAN FIRM**
                                            1311 Delaware Avenue
                                            Wilmington, Delaware 19806
                                            Telephone: (302) 656.7540
                                            Facsimile: (302) 656.7599
                                            E-Mail: dkhogan@dkhogan.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the persons identified below via CM/ECF and/or electronic mail on the 30th day of July, 2008.

Christopher M. Alston
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
alstc@foster.com

Frederick B. Rosner
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
frosner@jshllp-de.com
*Counsel to Debtor Jeld-Wen, Inc. f/k/a Grossman's Inc.*


Dated: July 30, 2008                          */s/Daniel K. Hogan*
                                                    Daniel K. Hogan (DE Bar No. 2814)
                                                    **THE HOGAN FIRM**
                                                    1311 Delaware Avenue
                                                    Wilmington, Delaware 19806
                                                    Telephone: (302) 656.7540
                                                    Facsimile: (302) 656.7599
                                                    E-Mail: dkhogan@dkhogan.com