## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JELD-WEN, INC., f/k/a Grossman's Inc., | : | |
| | : | |
| Appellant, | : | Case No. 1:08-cv-00427-UNA |
| | : | |
| v. | : | |
| | : | |
| MARY VAN BRUNT and GORDAN VAN BRUNT, | : | |
| | : | |
| Appellees. | : | |
| | : | |
| IN RE: | : | Chapter 11 |
| | : | Case No. 97-00695 (PJW) |
| GROSSMAN'S INC., et al., | : | Case No. 97-00696 (PJW) |
| | : | Case No. 97-00697 (PJW) |
| Debtors. | : | |
| | : | Adv. Pro. No. 07-51602 |

### AFFIDAVIT OF SERVICE

I, Daniel K. Hogan, hereby certify that on the 30th day of July, 2008, I caused the Joint Motion for Relief from Requirements of District Court Standing Order Dated July 23, 2004, Requiring Mandatory Participation in Mediation Proceedings on Appeal to be served on the parties listed below via electronic mail and CM/ECF.

| | |
|---|---|
| Frederick Brian Rosner | Christopher M. Alston |
| Duane Morris LLP | Foster Pepper PLLC |
| 1100 North Market Street | 1111 Third Avenue, Suite 3400 |
| Suite 1200 | Seattle, WA 98101 |
| Wilmington, DE 19801 | alstc@foster.com |
| Email: fbrosner@duanemorris.com | |

Dated: July 30, 2008

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com