## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JELD-WEN, INC., f/k/a Grossman's Inc., | : | |
| Appellant, | : | Case No. 1:08-cv-00427 JJF |
| v. | : | |
| MARY VAN BRUNT and GORDAN VAN BRUNT, | : | |
| Appellees. | : | |
| IN RE: | : | Chapter 11 |
| | : | Case No. 97-00695 (PJW) |
| GROSSMAN'S INC., et al., | : | Case No. 97-00696 (PJW) |
| | : | Case No. 97-00697 (PJW) |
| Debtors. | : | |
| | : | Adv. Pro. No. 07-51602 |

### *[PROPOSED]* ORDER GRANTING RELIEF FROM REQUIREMENTS OF DISTRICT COURT STANDING ORDER DATED JULY 23, 2004, REQUIRING MANDATORY PARTICIPATION IN MEDIATION PROCEEDINGS ON APPEAL

Upon the parties' Joint Motion for Relief from Requirements of District Court Standing Order Dated July 23, 2004, Requiring Mandatory Participation in Mediation Proceedings on Appeal (the "Motion") filed in the above-captioned appeal; and this Court having fully considered the record before it; and proper and adequate notice of the Motion and any hearing thereon having been given; and no other or further notice being necessary; and upon the record herein; and after due deliberation thereon; it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.     The Motion is GRANTED.

2.    The parties are hereby granted relief from the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District, dated July 23, 2004 (the "Mediation Order").

3.    The above-captioned appeal shall proceed before this Court without mediation, provided, however, that this Order shall not affect or be deemed to constitute a ruling on any of the parties' substantive arguments with respect to this appeal.

4.    This Court shall retain jurisdiction to hear and determine all matters arising from the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
      August _13_, 2008


UNITED STATES DISTRICT JUDGE