IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| GROSSMAN'S INC., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Bankruptcy Case Nos. 97-695 |
| | : | through 97-697-PJW |
| | : | |
| | : | Adv. Proc. No. 07-51602 |
| _____ | : | |
| | : | |
| JELD-WEN, INC., f/k/a | : | |
| Grossman's Inc., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 08-427-JJF |
| | : | |
| MARY VAN BRUNT and GORDAN | : | |
| VAN BRUNT, | : | |
| | : | |
| Appellees. | : | |

## O R D E R

WHEREAS, Court has granted the parties relief from the mandatory mediation requirement (D.I. 8);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellant's Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Appellee's Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of the Opening Brief.

Appellant's Reply Brief on appeal shall be filed within ten

**(10) days** of receipt of the Answering Brief.

August 2�ⁿ, 2008
      Date

UNITED STATES DISTRICT JUDGE