IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| GROSSMAN'S, INC., et al., | : | Bankr. Case Nos. 97-695-PJW |
| | : | 97-696-PJW |
| | : | 97-697-PJW |
| | : | |
| Debtors. | : | Adv. Proc. No. 07-51602-PJW |
| | : | |
| JELD-WEN, INC., f/k/a | : | |
| Grossman's Inc., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 08-427-JJF |
| | : | |
| MARY VAN BRUNT and | : | |
| GORDON VAN BRUNT, | : | |
| | : | |
| Appellees. | : | |

### O R D E R

WHEREAS, the Third Circuit reversed the Court's decision in the above-captioned action and remanded this matter to the Court for further proceedings in light of its decision to overrule Avellino & Bienes v. M. Frenville Co. (Matter of Frenville Co.), 744 F.2d 332 (3d Cir. 1984), which had been controlling precedent; see In re Grossman's Inc., -- F.3d --, 2010 WL 2181291 (3d Cir. June 2, 2010);

WHEREAS, in light of the Third Circuit's decision, this matter requires further proceedings in the Bankruptcy Court;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is **REMANDED** to the Bankruptcy Court for further findings

and/or proceedings consistent with the Third Circuit's decision.

June 29, 2010  
DATE

UNITED STATES DISTRICT JUDGE